**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30215 |
| Plaintiff - Appellee, | D.C. No. 1:02-cr-00133-SEH |
| v. | |
| JACKSON BRYANT BAUGUS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted December 19, 2011[**]

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Jackson Bryant Baugus appeals pro se from the district court's denial of his

motion for return of property. We have jurisdiction under 28 U.S.C. § 1291, and

we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

Baugus contends that the district court improperly applied $7,724 in seized funds to an unsatisfied fine of $75,000 imposed in connection with his 2004 criminal judgment. Contrary to Baugus's contention, the district court did not err. *See* 18 U.S.C. § 3613(c). Consideration of Baugus's remaining claims is precluded pursuant to the doctrine of res judicata. *See Taylor v. Sturgell*, 553 U.S. 880, 892 & n.5 (2008); *United States v. Bhatia*, 545 F.3d 757, 759 (9th Cir. 2008); *see also United States v. Baugus*, Nos. 07-30046 and 07-30353, 2009 Westlaw 159228 (9th Cir. Jan 13, 2009).

**AFFIRMED.**